In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-06-488 CR


____________________



EX PARTE MICHAEL PAUL BRYAN






On Appeal from the 410th District Court


Montgomery County, Texas


Trial Cause No. 06-01-00789-CR






MEMORANDUM OPINION


 This appeal arises from the denial of a pre-trial petition for writ of habeas corpus on
grounds of double jeopardy. On the State's motion, the trial court dismissed the indictment
in the underlying criminal case. In this Court, the State filed a motion to dismiss the appeal
as moot. The Appellant did not file a response. The indictment under which Bryan was
being held has been dismissed, and the appellant has not challenged his restraint under a new
indictment. The appeal is moot. See Ex parte Thompson, 685 S.W.2d 338 (Tex. Crim. App.
1985). The State's motion is granted, and the appeal is dismissed as moot.

 APPEAL DISMISSED.


 __________________________________

 CHARLES KREGER

 Justice



Opinion Delivered March 28, 2007

Do not publish


Before Gaultney, Kreger and Horton, JJ.